1  **FOLEY & LARDNER LLP**
   402 W. BROADWAY, SUITE 2100
2  SAN DIEGO, CA 92101-3542
   TELEPHONE:    619.234.6655
   FACSIMILE:    619.234.3510
3
   MICHAEL P. MCCLOSKEY CA BAR NO. 106051
4      MMCCLOSKEY@FOLEY.COM
   DAVID J. AVENI CA BAR NO. 251197
       DAVENI@FOLEY.COM
5
   ATTORNEYS FOR DEFENDANT AMERIGAS PARTNERS, L.P.

FILED

08 JUN -5 PM 3: 25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    *rp*                    .DEPUTY

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

11  TIMOTHY DEEHAN, ON BEHALF OF          ) CASE NO: **08 CV 1009 BTM JMA**
    HIMSELF AND OTHERS SIMILARLY SITUATED )
12                                        ) **DEMAND FOR JURY TRIAL**
                PLAINTIFF,                )
13                                        )
          VS.                             )
14                                        )
    AMERIGAS PARTNERS, L.P., A            )
15  DELAWARE LIMITED PARTNERSHIP, DBA     )
    AMERIGAS; AND DOES 1 THROUGH 50,      )
16  INCLUSIVE                             )
                                          )
17              DEFENDANTS.               )

19        Defendant AmeriGas Partners, L.P., a Delaware Limited Partnership, dba

20  AmeriGas, hereby demands a trial by jury in the above-referenced matter pursuant to

21  Rule 38 of the Federal Rules of Civil Procedure and Local Rule 38.1.

22  DATE: JUNE 5, 2008                    FOLEY & LARDNER LLP
                                          MICHAEL P. MCCLOSKEY
23                                        DAVID J. AVENI

26                              By: _____
                                    MICHAEL P. MCCLOSKEY
27                                  ATTORNEYS FOR DEFENDANT AMERIGAS
                                    PARTNERS, L.P.
28

---

DEMAND FOR JURY TRIAL

SDCA_1176517.1

## PROOF OF SERVICE

I am employed in the **County of San Diego, State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, CA 92101-3542**.

On June 5, 2008, I served the foregoing document(s) described as: **Demand for Jury Trial** on the interested parties in this action as follows:

X    BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Harry W. Harrison
Harrison Patterson & O'Connor LLP
402 W. Broadway, 29th Floor
San Diego, CA 92101
(619) 756-6991

James M. Lindsay
Lindsay & Stonebarger
620 Coolidge Drive, Ste. 225
Folsom, CA 95630
(916) 294-0012

X    BY MAIL
I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Diego, California**.

X    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

X    Executed on June 5, 2008, at **San Diego, California**.

X    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Maggie Shoecraft_
Maggie Shoecraft

2

SDCA_1176517.1