```
FOLEY & LARDNER LLP
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:    619.234.6655
FACSIMILE:    619.234.3510

MICHAEL P. MCCLOSKEY CA BAR NO. 106051
        MMCCLOSKEY@FOLEY.COM
DAVID J. AVENI CA BAR NO. 251197
        DAVENI@FOLEY.COM
```

ATTORNEYS FOR DEFENDANT AMERIGAS PARTNERS, L.P.

FILED

08 JUN -5 PM 3: 25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  ⟨⟩  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1009 BTM JMA

| | |
|---|---|
| TIMOTHY DEEHAN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>PLAINTIFF,<br><br>VS.<br><br>AMERIGAS PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP, DBA AMERIGAS; AND DOES 1 THROUGH 50, INCLUSIVE<br><br>DEFENDANTS. | CASE NO:<br><br>DECLARATION OF DANIEL BINNING<br><br><br>JUDGE: |

I, Daniel Binning, an adult resident of Colorado, declare and state under penalty of perjury as follows:

1. I am the General Manager of AmeriGas Propane L.P.'s western propane distribution business, which includes the entire state of California. I have personal knowledge about the matters to which I attest in this Declaration, which is made in support of Defendant's Removal Petition.

2. Named Defendant AmeriGas Partners L.P. is a limited partnership organized and existing under the State of Delaware and with its principal place of business in Valley Forge, Pennsylvania. It is the limited partner of AmeriGas Propane

---

DECLARATION OF DANIEL BINNING

SDCA_1175507.1

1  L.P., which is the operating company for the retail propane gas distribution business run
2  under the name "AmeriGas" in California and nationwide. AmeriGas Propane L.P. is
3  also a limited partnership organized and existing under the State of Delaware and with its
4  principal place of business in Valley Forge, Pennsylvania.

5      3.    Relevant business records reflect that in 2007, AmeriGas Propane L. P. (in
6  which, as indicated above, AmeriGas Partners L.P. has a limited partner interest) had at
7  least 14,000 customers located in California who purchased propane through a metered
8  propane delivery system.

9      I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true
10 and correct. Executed this 5th day of June, 2008, at Valley Forge, PA.

                        Daniel Binning

2
DECLARATION OF DANIEL BINNING

SDCA_1175507.1

## PROOF OF SERVICE

I am employed in the **County of San Diego, State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, CA 92101-3542**.

On June 5, 2008, I served the foregoing document(s) described as: **Declaration of Daniel Binning** on the interested parties in this action as follows:

__X__  BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Harry W. Harrison<br>Harrison Patterson & O'Connor LLP<br>402 W. Broadway, 29th Floor<br>San Diego, CA 92101<br>(619) 756-6991 | James M. Lindsay<br>Lindsay & Stonebarger<br>620 Coolidge Drive, Ste. 225<br>Folsom, CA 95630<br>(916) 294-0012 |

__X__  BY MAIL

___  I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Diego, California**.

__X__  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__  Executed on June 5, 2008, at **San Diego, California**.

__X__  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Maggie Shoecraft*
Maggie Shoecraft

1