James M. Lindsay, State Bar No. 164758
Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

Harry W. Harrison, State Bar No. 211141
James R. Patterson, State Bar No. 211102
Cary A. Kinkead, State Bar No. 216545
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEEHAN, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>AMERIGAS PARTNERS, L.P., a Delaware limited partnership, dba AMERIGAS; and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO.: 08-CV-1009-BTM-JMA<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF GENE J. STONEBARGER** |

NOTICE IS HEREBY GIVEN that Gene J. Stonebarger of Lindsay & Stonebarger, 620 Coolidge Drive, Suite 225, Folsom, California 95630, telephone: (916) 294-0002, facsimile: (916) 294-0012, e-mail address: gstonebarger@lindstonelaw.com, is co-counsel in this matter for plaintiff Timothy Deehan and the putative class.

All future ECF filings in this matter should also be served on Gene J. Stonebarger.

Dated: July 14, 2008
                                              LINDSAY & STONEBARGER

                                              HARRISON, PATTERSON & O'CONNOR

                                              By:  s/Gene J. Stonebarger
                                                       E-mail: gstonebarger@lindstonelaw.com
                                                       Attorneys for Plaintiff and the Class

1  James M. Lindsay, State Bar No. 164758
   Gene J. Stonebarger, State Bar No. 209461
2  LINDSAY & STONEBARGER
   A Professional Corporation
3  620 Coolidge Drive, Suite 225
   Folsom, CA 95630
4  Telephone: (916) 294-0002
   Facsimile: (916) 294-0012
5
   James R. Patterson, State Bar No. 211102
6  Harry W. Harrison, State Bar No. 211141
   HARRISON PATTERSON & O'CONNOR LLP
7  402 West Broadway, 29th Floor
   San Diego, CA 92101
8  Telephone:  (619) 756-6990
   Facsimile:  (619) 756-6991
9
   Attorneys for Plaintiff and the Class
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEEHAN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>AMERIGAS PARTNERS, L.P., a Delaware limited partnership, dba AMERIGAS; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.: 08-CV-1009-BTM-JMA<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE    1    CASE NO.: 08-CV-1009-BTM-JMA

| | |
|---|---|
| 1 | I am a citizen of the United States and am employed in Sacramento County. I am over |
| 2 | the age of eighteen (18) years and not a party to this action; my business address is 620 Coolidge |
| 3 | Drive, Suite 225, Folsom, California 95630. |
| 4 | On July 14, 2008, I caused the following document(s) to be served to each of the parties |
| 5 | listed herein: |
| 6 | **NOTICE OF APPEARANCE OF GENE J. STONEBARGER** |

| | |
|---|---|
| **Michael Patrick McCloskey, Esq.**<br>Foley & Lardner LLP<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101<br>Phone: (619) 234-6655<br>Fax: (619) 234-3510<br>mmccloskey@foley.com | *Attorneys for Defendant AmeriGas Partners, LP* |
| **Harry W. Harrison**<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>Phone: (619)756-6990<br>Fax: (619) 756-6991<br>hharrison@hpolaw.com | *Co-Counsel for Plaintiff Timothy Deehan and the Putative Class* |

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on July 14, 2008.

*Delene Havens*
Delene Havens