UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEEHAN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>AMERIGAS PARTNERS, L.P., a Delaware limited partnership, dba AMERIGAS; et al.,<br><br>            Defendants. | Case No. 08-CV-1009-BTM (JMA)<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO A TELEPHONIC CONFERENCE WITH COUNSEL ONLY** |

   **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for **August 8, 2008** at **10:00 a.m.** is converted to a telephonic conference with counsel only.  Counsel for each party shall participate in the conference.  The Court will initiate the conference call.

   **IT IS SO ORDERED.**

DATED: July 29, 2008

                                    Jan M. Adler
                                    U.S. Magistrate Judge

08cv1009