UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Timothy Deehan, on behalf of himself and )
all others similarly situated )
        Plaintiff )
)
vs. )
)
AmeriGas Partners, L.P. )
)
        Defendant )
_____ )

FILED
AUG 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. 08-CV-1009-BTM (JMA)

PRO HAC VICE APPLICATION

AmeriGas Partners, L.P. (Defendant)
Party Represented

I, Melinda F. Levitt, hereby petition the above entitled court to permit me
    (Applicant)
to appear and participate in this case and in support of petition state:

My firm name: Foley & Lardner LLP
Street address: 3000 K Street, N.W.
City, State, ZIP: Washington, DC  20007
Phone number: 202-672-5300

That on February 3, 1992 I was admitted to practice before U.S. District Court for D.C.
    (Date)                                                                       (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application ☐ granted ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Michael McCloskey and David Aveni      619-234-6655
(Name)                                            (Telephone)
Foley & Lardner
(Firm)
402 West Broadway, Suite 2100     San Diego     92101
(Street)                                (City)                  (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney


The pro hac vice application is hereby approved for filing.



W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk

**L. Hammer**

Received $180.00 for Court Library fee

_____ Deputy Clerk


**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.


**Fee:**   $180.00, payable to Clerk, U.S. District Court


**Application and fee should be mailed directly to:**

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    880 Front Street Suite 4290
    San Diego, California 92101-8900

8/7/07

# PROOF OF SERVICE

I am employed in the **County of San Diego, State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, CA 92101-3542**.

On August 7, 2008, I served the foregoing document(s) described as: **Pro Hac Vice Application.** on the interested parties in this action as follows:

__X__   BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Harry W. Harrison
Harrison Patterson & O'Connor LLP
402 W. Broadway, 29th Floor
San Diego, CA  92101
(619) 756-6991

James M. Lindsay
Lindsay & Stonebarger
620 Coolidge Drive, Ste. 225
Folsom, CA  95630
(916) 294-0012

__X__   **(BY MAIL)**

___   I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Diego, California**.

__X__   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

**(BY ELECTRONIC SERVICE)**   Service was effected through the court's CM/ECF System. Counsel is a registered user in the case and will be notified of this filing through the court's automated "Notice of Electronic Filing" (NEF) system. The NEF will constitute service of the document(s) for purposes of the Federal Rules of Civil, Criminal and Appellate Procedure.

__X__   Executed on August 7, 2008, at **San Diego, California**.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Maggie Shoecraft* (signature)
Maggie Shoecraft

---

19
ANSWER OF DEFENDANTS AMERIGAS PARTNERS, L.P.
08 CV 1009 BTM (JMA)

SDCA_1180094.1