UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEEHAN, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>AMERIGAS PARTNERS, L.P., a Delaware limited partnership, dba AMERIGAS; et al.,<br><br>             Defendants. | Case No. 08-CV-1009-BTM (JMA)<br><br>**ORDER SCHEDULING SETTLEMENT/ CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a Settlement/Case Management Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **October 16, 2008** at **10:00 a.m.**, Room 1165, United States Courthouse, 940 Front Street, San Diego, California 92101-8928.

Although the submission of statements is <u>not</u> required in advance of the conference, parties may submit concise statements if desired. If a statement is submitted, it shall be provided to chambers <u>no later than one week</u> prior to the scheduled

conference.[1]  If the parties submit statements in connection with the conference, they may either do so on a confidential basis or may exchange their statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>. The individual(s) present at the Settlement/Case Management Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**

Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.  **The failure of any counsel, party or authorized person to appear at the Settlement/Case Management Conference as required shall be cause for the immediate imposition of sanctions.**  All conference

---

[1]Statements may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

discussions will be informal, off the record, privileged, and confidential.

**IT IS SO ORDERED.**

DATED:   September 3, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge